IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR95 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ADAM DENNEY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 6).  Under Federal Rule of Criminal Procedure 48(a),  leave of court is granted for the dismissal of the Indictment against the above-named Defendant.

IT IS ORDERED that the government's motion to dismiss (Filing No. 6) is granted, and the Indictment is dismissed.

DATED this 23rd day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge